Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Lawrence Wright                                    Docket No. 99-00003-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lawrence Wright, who was placed on supervision by the Honorable Maurice P. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 5th day of December 2000, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

<u>12-05-00</u>:   Conspiracy to Distribute and Possess with Intent to Distribute Cocaine; 18 months' incarceration; 4 years' supervised release.
<u>06-17-02</u>:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions of his supervision:

**The defendant shall not commit another federal, state, or local crime.**

On May 10, 2005, the defendant was arrested and charged by the Erie Police Department for Possession With Intent to Deliver Cocaine, which he committed on that date. On February 10, 2006, the defendant was sentenced on this charge in the Erie County Court of Common Pleas, Docket No. 2637 of 2005, and received 30 to 60 months' incarceration to be served with the Pennsylvania Department of Corrections.

U.S.A. vs. Lawrence Wright
Docket No. 99-00003-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom D, 2nd Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on    March 20, 2006 |
| _____ Senior U.S. District Judge | _Matthew L. Rea_ signature<br>Matthew L. Rea<br>U.S. Probation Officer<br><br>_Gerald R. Buban_ signature<br>Gerald R. Buban<br>Supervising U.S. Probation Officer<br><br>Place:   Erie, PA |