# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

April 24, 2006

John J. Trucilla, AUSA

Timothy J. Lucas, Esquire

Lawrence Wright

U.S. Marshal's Office

Probation Office

       Re:   United States of America v. Lawrence Wright
                Criminal No. 99-3E

Dear Counsel:

    Please be advised that the Show Cause Hearing scheduled for Wednesday, May 17, 2006, 2006 at 11:30 a.m. has been **RE-SCHEDULED** for Tuesday, August 22, 2006 at 3:30 p.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                      Very truly yours,

                                      John Galovich, Deputy Clerk
                                      To Judge Maurice B. Cohill, Jr.