# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

July 27, 2006

John J. Trucilla, AUSA

Timothy J. Lucas, Esquire

Lawrence Wright

U.S. Marshal

Probation Office

    Re:  United States of America v. Lawrence Wright
            Criminal No. 99-3E

Dear Counsel:

    Please be advised that the Supervised Release Hearing for defendant Lawrence Wright scheduled in the above captioned matter on Monday, August 21, 2006 at 1:30 p.m. is hereby **RE-SCHEDULED** for Thursday, August 24, 2006 at 11:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

Very truly yours,

*[signature: John Galovich]*

John Galovich, Deputy Clerk
To Judge Maurice B. Cohill, Jr.