# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

August 23, 2006

John J. Trucilla, AUSA

Timothy J. Lucas, Esquire

Lawrence Wright c/o Timothy J. Lucas, Esquire

U.S. Marshal

Probation Office

       Re:  United States of America v. Lawrence Wright
             Criminal No. 99-3E

Dear Counsel:

    Please be advised that the Supervised Release Hearing for defendant Lawrence Wright scheduled in the above captioned matter on Thursday, August 24, 2006 at 11:00 a.m. is hereby **RE-SCHEDULED** for Monday, October 2, 2006 at 11:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                                    Very truly yours,

                                                    John Galovich, Deputy Clerk
                                                    To Judge Maurice B. Cohill, Jr.