IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 99-3 Erie |
| ) | |
| LAWRENCE WRIGHT ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Lawrence Wright, 6376, Year of Birth: 1972, African American, Male.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 21, United States Code, Section 846.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, awaiting transport back to SCI Camp Hill, Camp Hill, Pennsylvania.

5. The above case is set for a supervised release hearing at Erie, Pennsylvania on October 2, 2006, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

                                            s/Marshall J. Piccinini
                                            MARSHALL J. PICCININI
                                            Assistant U.S. Attorney
                                            PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

_____    _____
DATE                              SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney