# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. )
)
)
)
vs. )      CR. 99-3 E
Lawrence Wright )
)
)
Defendants )

HEARING ON __to Show Cause why Supervised release should not be revoked__

Before __Judge Maureen D. Cohill, Jr.__

__AUSA Marshall Piccinini__ | __Tim Lucas, Esq.__
Appear for Plaintiff | Appear for Defendant

Hearing Begun __11:10  10/8/04__     Hrg Adjourned to ____

Hrg concluded C.A.V. __11:40  10/8/04__     Stenographer __P. Sherman__

### WITNESSES
For Plaintiff | For Defendant

Parties stipulate that ∆ has violated the term of his Supervised release.
Supervised release is revoked.
CAT. II, grade A Violation
Range = 15-21 mo. Imprisonment
Sentence: 15 mo; consecutive to Docket # 2637 of 2005, Erie Ct. of Common Pleas.
36 mo. S.R. All other conditions will remain in full force and effect.